## DOCTORS' OIL CO. v. ADAIR et al.

No. 11662—Opinion Filed Sept. 13, 1921.

(Syllabus.)

**Appeal and Error—Dismissal—Moot Questions.**

Where an oil and gas lease by its terms expires while an action is pending for the cancellation thereof, and no practical relief can be gained by a decision, the case becomes mooted, and will be regarded as abstract and hypothetical, and not necessary for decision, and will be dismissed.

Error from District Court, Greer County.

Action by J . J. Adair and Lula V. Adair against Doctors' Oil Company, to cancel oil lease. Judgment for plaintiffs, and defendant brings error. Dismissed.

P. Mounts, for plaintiff in error.

Tolbert & Tolbert, H. R Garrett, and H. M. Thacker, for defendants in error.

NICHOLSON, J. Defendants in error have filed their motion to dismiss the appeal herein for the reason that the legal issues involved in such appeal have become moot questions only.

It appears that this action was filed in the district court of Greer county by the defendants in error against the plaintiff in error to cancel an oil and gas lease on the lands of the defendants in error, which lease by its terms expired on May 3, 1921, and as no practical relief can be granted by a decision at this time, the case becomes mooted, and will be regarded as abstract and hypothetical, and will be dismissed. Thomason, County Treasurer, v. Board of Com'rs of Delaware County, 56 Okla. 79, 155 Pac. 881; Parrish v. School District No. 19, 68 Oklahoma, 171 Pac. 461; Killough v. Ft. Supply Tel. Co., 55 Okla. 198; 154 Pac. 1192.

The appeal is dismissed.

HARRISON, C. J., and PITCHFORD, JOHNSON, McNEILL, ELTING, and KENNAMER, JJ., concur.